IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARREESE ALEXANDER HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-101 |
| | ) | |
| RICHARD ROUNDTREE, Sheriff; | ) | |
| OFFICER WASHINGTON; | ) | |
| SGT. JANE DOE; and, RICHMOND | ) | |
| COUNTY SHERIFF'S DEPT., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Doe and Richmond County Sheriff's Department, along with any claim related to the lack of an available grievance procedure. The case shall proceed against Sheriff Roundtree and Officer Washington as described in the Magistrate Judge's July 16, 2018 Order.

SO ORDERED this 20th day of August, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA